UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

```
U.S. DISTRICT COURT - N.D. OF N.Y.
          FILED
        JUN 2 5 2008
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse
```

ELAINE PELCHY,
          Plaintiff,

v.

UNITED STATES OF AMERICA and
U.S. GENERAL SERVICES
ADMINISTRATION,
          Defendants.

Civil Action No. 5:07-CV-277
(NAM/DEP)

S T I P U L A T I O N
OF
D I S M I S S A L

**IT IS HEREBY STIPULATED** and **AGREED** by and between the parties to the above-captioned proceeding, through their respective undersigned attorneys, that this action shall be and hereby is dismissed, with prejudice and without costs, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

_____
David P. Doherty, Esq
Bar Roll Number: 301161
Ali, Pappas & Cox, P.C.
614 James Street, Suite 100
Syracuse, New York 13202-2220
*Attorneys for Plaintiff Elaine Pelchy*

Dated: June 25, 2008

GLENN T. SUDDABY
UNITED STATES ATTORNEY
Northern District of New York
PO Box 7198
100 South Clinton Street
Syracuse, New York 13261-7198

By: _____
Paula Ryan Conan
Assistant U. S. Attorney
Bar Roll No. 102506
*Attorneys for the United States of America and the U.S. General Services Administration*

SO ORDERED
Dated: June 25, 2008
Syracuse, N.Y.

_____
HON. NORMAN A. MORDUE
CHIEF UNITED STATES DISTRICT JUDGE